## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

Canal Insurance Company

                      Plaintiff,

v.                                    Case No.: 3:23−cv−01059

Jack E. Schaefer, Jr, et al.

                      Defendant,

## <u>ENTRY OF JUDGMENT</u>

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/20/2025 re [82].

Lynda M. Hill
<u>s/ Megan Gregory, Deputy Clerk</u>
